UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. DNJX210MJ004031-001 |
| V. | : | RECOGNIZANCE NO. |
| | : | ORDER FOR RETURN OF |
| Nita H Patel | | DEPOSIT OF BAIL |
| Defendant | : | |

It appearing that the above-captioned defendant was held in bail by the United States District Court for the District of New Jersey for appearance before this Court and that the sum of _Twenty Thousand__DOLLARS ($20,000___) was deposited into the Registry of this Court as security for the said recognizance, and

It further appearing that the purposes of said recognizance have been fulfilled and the said recognizance has been duly canceled of record.

IT IS ON THIS _7th___ day of _December_____, 2011___,

ORDERED THAT the sum of _**Twenty Thousand Dollars**_**($20,000)** be paid to Nita H. Patel 2805 Merrywood Drive, Edison NJ 08817_____ .

_____
GARRETT E. BROWN, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT